IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| MARK NEUBAUER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.<br>1:24-cv-4615-AT-CCB |

**<u>ORDER ADMINISTRATIVELY CLOSING CASE</u>**

This matter comes before the Court upon review of the Notice of Mediation filed at Docket Entry No. 226 in the related case *Rivera v. Equifax Information Services, LLC*, No. 1:18-cv-4639-AT-CCB (N.D. Ga.). There, the parties report that they have agreed to mediate *Rivera* along with this action and two other related actions pending in the Eastern District of New York and the District of New Jersey. The global mediation of these cases is scheduled for January 6, 2026.

In light of this update, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case pending mediation.[1] The parties are directed to file a Joint Status

---

[1] The Court has entered an order in the related *Rivera* case administratively closing that action pending mediation as well.

Report regarding the status of mediation no later than **January 14, 2026**.[2] Should no settlement be reached by that time, the parties may move to reopen this action. The Clerk is further **DIRECTED** to re-submit this Order to the Court on **January 15, 2026**.

Finally, it is **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary.

**IT IS SO ORDERED** this 16th day of December, 2025.

_____
**Honorable Amy Totenberg**
**United States District Judge**

---

[2] The Court will consider this requirement met if the parties file a Joint Status Report in the related *Rivera* action only, so long as the Status Report clearly outlines the status of the claims in this case.